IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR75 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| DISENA MUNOZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's oral motion for release to treatment (Filing No. 20).  The motion is granted and the defendant will be released on January 27, 2010 to the custody of the Federal Public Defender's Office from the U.S. Marshal station for transport to treatment.  All other conditions of supervision shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED the 25th day of January, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Court